UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---x

MONU NO NAME GIVEN,

Plaintiff,

v.

TODD BLANCHE, United States Attorney General;
CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);
MARKWAYNE MULLIN, Secretary of Department of Homeland Security;
CARRIE M. SELBY, Associate Director, Service Center Operations Directorate (USCIS); and
JOSEPH B. EDLOW, Director (USCIS),

Defendants.

---x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
26-cv-4187

(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Ozone Park, New York
August 31, 2026

LAW OFFICE OF JUNUZ & KAURS, P.C.
*Counsel for Plaintiff*
103-11 101st Avenue
Ozone Park, New York 11416

By: ______________________
Jana Junuz
(718) 813-9917
jjunuzlaw@gmail.com

SO ORDERED. ROBERT LEVY

8/31/26

Robert M. Levy
United States Magistrate Judge